IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TA'LAWRENCE T. VICKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-123 |
| | ) | |
| C.O. JOHNSON; LT. CHEATUM; | ) | |
| DR. RODGERS, Medical Director; | ) | |
| MS. JONES, Classification; | ) | |
| SGT. BARBARA; and LT. HARRELL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) Plaintiff objects to dismissal under the three strikes provision of 28 U.S.C. § 1915(g) for several reasons, including the assertion he has paid all of the filing fees for his prior cases. The status of payment for prior cases makes no difference to the request to proceed *in forma pauperis* in the current case. Moreover, the request to pay the full filing fee to avoid dismissal of this case is moot because as the Magistrate Judge explained, the proper procedure is to dismiss the current case without prejudice and then file a new case with the full filing fee. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the

Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this

civil action.

SO ORDERED this _19th_ day of October, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA